■ In the Matter of BRIAN K. FALZONE, Appellant, v RBS CITIZENS BANK, N.A., et al., Respondents. [44 NYS3d 774]—In a proceeding, in effect, pursuant to CPLR 3102 (c) to obtain pre-action disclosure, the petitioner appeals from an order of the Supreme Court, Kings County (Baily-Schiffman, J.), dated September 10, 2015, which denied the petition and dismissed the proceeding.

Ordered that the order is affirmed, with costs.

The Supreme Court properly denied the petition, in effect, pursuant to CPLR 3102 (c) to obtain pre-action disclosure, and dismissed the proceeding. The petitioner has not demonstrated facts which fairly indicate that he has some cause of action against the respondents which warrants pre-action disclosure (*see Matter of Konig v CSC Holdings, LLC*, 112 AD3d 934, 935 [2013]; *Matter of Scattoreggio v Cablevision Sys. Corp.*, 203 AD2d 468 [1994]).

The petitioner's remaining contentions are without merit. Dillon, J.P., Hall, Hinds-Radix and Brathwaite Nelson, JJ., concur.